W. F. Cummings, appellee, v. City of Chicago, appellant. Gen. No. 27,619.

˙ Assumpsit upon a contract for the furnishing and installing by plaintiff of lighting cables and conduits. Judgment for plaintiff. Appeal· from the Circuit Court of Cook county; the Hon. David M.

Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson, for appellant; George Kandlik and Emmet F. Byrne, of counsel. George E. Brannan, for appellee; Lee Walker, of counsel.

Mr. Justice Gridley delivered the opinion of the court.